754

TEOFILA ALEKSIAK, as Administratrix, etc., of DAZELI ALEKSIAK, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

MARY BLYTHE, Respondent, v. SKOURAS THEATRES CORPORATION, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

W. A. BROCKHURST COMPANY, INC., Respondent, Appellant, v. THE CITY OF YONKERS, NEW YORK, and Others, Appellants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

HARRY CHRISTIAN, Respondent, v. RAMAPO AUTO SALES CO., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

FRIEDA EISMAN, Appellant, v. FLORENCE EISMAN, as Administratrix, etc., of CARL EISMAN, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals and to dispense with security denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

FALBROOK REALTY CO., INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for reargument of motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LOUIS FREUDENBERG and GEORGE F. MATTUCK, Copartners, etc., Respondents, v. RAINBOW LUMINOUS PRODUCTS, INC., and Another, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

MABEL F. SAMPSON, Respondent, v. LESLIE G. SAMPSON, Appellant.— Judgment of separation, awarding to the plaintiff twenty-five dollars a week for the support of herself and infant son, modified by reducing the alimony to twenty dollars a week until the arrearages of alimony upon which defendant is now paying five dollars a week shall have been fully paid, at which time the payments of twenty-five dollars a week shall be restored. As so modified the judgment is unanimously affirmed, with costs to respondent. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.

GEORGE SCHOR, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.—Action to have it adjudged that a policy of insurance, issued on plaintiff's life, is in full force and effect. Judgment dismissing the complaint on the merits after trial without a jury affirmed, with costs. No opinion. Lazansky, P. J., Hagarty and Johnston, JJ., concur; Scudder and Tompkins, JJ., dissent and vote for reversal and the direction of judgment in favor of plaintiff.